UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Thomas A. Clark

      v.                                    Civil No. 10-cv-11-SM

State of New Hampshire


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

     The Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Complaint.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

     **SO ORDERED**.

                                                  /s/ James R. Muirhead
                                                  James R. Muirhead
                                                  United States Magistrate Judge

Date: January 12, 2010


cc:     Thomas A. Clark, pro se