UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Thomas A. Clark,
    Plaintiff

       v.                                Case No. 10-cv-11-SM

State of New Hampshire,
    Defendant

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 5, 2010, no objection having been filed, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed.

SO ORDERED.

May  25,   2010

                                        _____
                                        Steven J. McAuliffe
                                        Chief Judge

cc:    Thomas A. Clark, pro se